**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

GINNY LYNN NORRIS,

     Plaintiff,

v.                                       Case No. 6:16-cv-2040-RBD-DCI

COMMISSIONER OF SOCIAL
SECURITY,

     Defendant.

_____

**ORDER**

In this Social Security appeal, the Court entered judgment in favor of Plaintiff. (Doc. 37.) Plaintiff's counsel now moves unopposed for attorney's fees. (Doc. 41 ("Motion").) On referral, U.S. Magistrate Judge Daniel C. Irick entered a Report and Recommendation stating that the Court should grant the Motion. (Doc. 43 ("R&R").) The time has passed and the parties did not object, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1.     The R&R (Doc. 43) is **ADOPTED AND CONFIRMED** and made a part of this Order in its entirety.

2.     Plaintiff's counsel's Motion (Doc. 41) is **GRANTED**.

3.      Plaintiff's counsel is **AUTHORIZED** to charge and collect **$19,335.57**

in attorney's fees from Plaintiff.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on April 16,

2026.



ROY B. DALTON, JR.
United States District Judge